UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatiana SKVORTSOVA,<br><br>                              Petitioner,<br><br>v.<br><br>Christopher J. LaROSE,<br><br>                              Respondent. | Case No.:  26-cv-0073-AGS-SBC<br><br>**ORDER GRANTING AMENDED HABEAS PETITION (ECF 3) AND ORDERING BOND HEARING** |

Petitioner Tatiana Skvortsova seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge her immigration detention. Although it initially opposed the request, the government now "does not oppose this Court ordering that Petitioner receive an individualized bond hearing before an immigration judge." (ECF 12, at 1.) Given that agreement, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by April 28, 2026. All pending deadlines and hearings are vacated, and all pending motions are denied as moot. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 14, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0073-AGS-SBC